UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

              Plaintiff,

v.    Case No. 2:17-cr-20022-NGE-APP
     Hon. Nancy G. Edmunds

Donovann Deandre Rhymes, et al.,

              Defendant(s),

_____

## NOTICE OF DETERMINATION OF MOTION WITHOUT ORAL ARGUMENT

The following motion(s) have been filed:

     Motion to Reduce Sentence – #342

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Nancy G. Edmunds *without* oral argument.

- RESPONSE DUE: November 9, 2020

Courtesy copies are not required.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

              By: s/L. Bartlett
              Case Manager

Dated: October 26, 2020